S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: [AUSA Email]

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIFFANY JAMIL FLENAUGH, <br><br> Defendant. | No. 4:23-cr-00023-RRB-SAO |

## MOTION TO VACATE

The United States of America respectfully moves the Court to Release the Defendant TIFFANY JAMIL FLENAUGH from Fairbanks Correctional Center. The reason for release is that the government has filed a Motion to Vacate the Continued Initial Appearance on Rule 5(c)(3) Out of District Warrant due to the Petition to Revoke Supervision being dismissed in the Western District of Washington.

RESPECTFULLY SUBMITTED January 3, 2024 at Fairbanks, Alaska.

S. LANE TUCKER
United States Attorney

/s CARLY VOSACEK
CARLY VOSACEK
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s CARLY VOSACEK

U.S. v. FLENAUGH
4:23-cr-00023-RRB-SAO